# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00121-CV

**In re Chase Carmen Hunter**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus. Having reviewed the petition and record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed: March 12, 2014